PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
    Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDREA G. GARDENHIRE, | Case No.: 1:21-cv-00247-EPG |
| Plaintiff, | STIPULATION TO REMAND AND ORDER |
| vs. | (ECF No. 19). |
| KILOLO KIJAKAZI, ACTING COMM'R OF SOC. SEC., | |
| Defendant. | |

    IT IS STIPULATED by and between Andrea G. Gardenhire (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to complete the administrative record, further evaluate Plaintiff's borderline intellectual functioning and unspecified learning disorder, and further evaluate the medical opinion evidence. The parties

1

further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 30th day of June, 2022.

Dated:  July 1, 2022                         */s/ Jonathan O. Peña*
                                             JONATHAN O. PEÑA
                                             Attorney for Plaintiff
                                             *Authorized via e-mail on June 30, 2022

Dated:  July 1, 2022                         PHILLIP A. TALBERT
                                             United States Attorney
                                             LISA A. THOMAS
                                             Regional Chief Counsel, Region VII
                                             Social Security Administration

                                    By:      */s/ Sarah E. Preston*
                                             SARAH E. PRESTON
                                             Special Assistant United States Attorney

                                             Attorneys for Defendant

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 19), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **July 1, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE